No. 1103.   GAINEY ET AL. *v.* BROTHERHOOD OF RAILWAY & STEAMSHIP CLERKS, FREIGHT HANDLERS, EXPRESS & STATION EMPLOYEES ET AL.   C. A. 3d Cir.   Certiorari denied.   *Lawrence J. Richette* for petitioners.   *Allen S. Olmsted 2d* for respondent Brotherhood of Railway & Steamship Clerks, Freight Handlers, Express & Station Employees.

No. 1118.   ROBERTS *v.* RESOR, SECRETARY OF THE ARMY, ET AL.   C. A. D. C. Cir.   Certiorari denied.   *Thomas B. Sweeney* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Ruckelshaus, Alan S. Rosenthal,* and *J. F. Bishop* for respondents.

No. 1138.   BOSSERT MACHINE CO. ET AL. *v.* CITY OF CINCINNATI.   Sup. Ct. Ohio.   Certiorari denied.   *Philip J. Schneider* for petitioners.   *William A. McClain* and *Thomas H. Crush* for respondent.

No. 1145.   GORDON *v.* BROOKLYN BAR ASSN.   App. Div., Sup. Ct. N. Y., 2d Jud. Dept.   Certiorari denied.   *Morton Liftin* for petitioner.   *Herbert H. Hefler* for respondent.

No. 1150.   DURHAM ET AL. *v.* MASON & DIXON LINES, INC.   C. A. 6th Cir.   Certiorari denied.   *H. Solomon Horen* and *Mozart G. Ratner* for petitioners.   *Edgar A. Zingman* for respondent.

No. 1154.   LONGFELLOW *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.   *George A. Daugherty* for petitioner.   *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Roger A. Pauley* for the United States.